IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEPHANIE KIRKLAND,

      Appellant,

v.

FLORIDA DEPARTMENT OF
BUSINESS AND
PROFESSIONAL
REGULATION AND THE
DIVISION OF RISK
MANAGEMENT,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-85

_____/

Opinion filed May 18, 2016.

An appeal from an order of the Judge of Compensation Claims.
John J. Lazzara, Judge.

Date of Accident: March 26, 2015.

Paul M. Anderson of Anderson & Hart, P.A., Tallahassee, for Appellant.

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee, for Appellees.


PER CURIAM.

      AFFIRMED.


ROWE, KELSEY, and JAY, JJ., CONCUR.